**VAN–103** Order Confirming Chapter 13 Plan – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Ervin Dale Johnson
( debtor has no known aliases )
798 Dusty Road
Bladenboro, NC 28320

CASE NO.: 09–11017–8–JRL

DATE FILED: December 17, 2009

CHAPTER: 13

Angela Renee Johnson
( debtor has no known aliases )
798 Dusty Rd.
Bladenboro, NC 28320

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the chapter 13 trustee's motion for confirmation; and

IT APPEARING to the court that notice of the motion for confirmation was served on all interested parties to this case and no objections were filed or, if filed, have been resolved by separate order; and

That all other terms of the proposed plan remain as indicated in the trustee's motion.

NOW THEREFORE, IT IS HEREBY ORDERED:

That the plan in the above referenced case as noticed by the trustee is confirmed;

The trustee is directed to make payment of commissions and expenses to the trustee and fees to the debtor's attorney, Bruce F. Jobe , in the amount of $3000.00 as reasonable compensation, of which the sum $142.00 was paid prior to the filing of this case. The balance of $2858.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 20 days of entry of this order.

That the trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; That the trustee file with the court, within thirty days of plan completion, a verified report accounting for all monies paid into the plan by or on behalf of the debtor(s); That the debtor(s) shall not transfer any interest in real property without prior approval of the court; That this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: April 2, 2010

J. Rich Leonard
United States Bankruptcy Judge